**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

| | |
|---|---|
| STATE OF UTAH and UTAH PETROLEUM ASSOCIATION, | ) ) ) |
| Petitioners, | ) ) ) Case Nos. 25-9519 & 25-9520 |
| v. | ) ) |
| U.S. ENVIRONMENTAL PROTECTION   AGENCY and LEE ZELDIN, Administrator, U.S. EPA, | ) ) ) ) ) |
| Respondents. | ) ) |

**STATUS REPORT**

Respondent United States Environmental Protection Agency ("EPA" or "Agency") submits this status report in accordance with this Court's February 21, 2025, Order.

1.      Petitioners the State of Utah and Utah Petroleum Association seek review of an EPA action entitled "Finding of Failure to Attain and Reclassification of an Area in Utah as Serious for the 2015 Ozone National Ambient Air Quality Standards," 89 Fed. Reg. 97545 (Dec. 9, 2024) ("Final Rule").  Case No. 25-9519, Dkt. No. 1-1; Case No. 25-9520, Dkt. No. 1-1.

2. Petitioners filed the above-captioned actions on February 7, 2025. Pet. Case No. 25-9519, Dkt. No. 1; Case No. 25-9520, Dkt. No. 1. On February 24, 2025, the Court consolidated the above-captioned petitions for review for, at least, procedural matters. Case No. 25-9519, Dkt. No. 7; Case No. 9520, Dkt. No. 9.

3. In addition to filing the above-captioned petitions for review, Petitioners also each submitted administrative petitions for reconsideration. On March 6, 2025, EPA granted those motions for reconsideration under EPA's inherent authority to reconsider decisions, in addition to its rulemaking authority under 5 U.S.C. § 553(e).

4. Also on March 6, 2025, EPA moved unopposed to hold these cases in abeyance to allow the new administration time to review the issues in the case and the petition for reconsideration. Case No. 25-9519, Dkt. No. 11; Case No. 25-9520, Dkt. No. 15. On March 14, 2025, this Court placed these matters in abeyance. Case No. 25-9519, Dkt. No. 16; Case No. 25-9520, Dkt. No. 20.

5. Since the Court's order placing these matters in abeyance, EPA has been considering the issues raised in the petitions for review and administrative petitions for reconsideration. EPA intends to undertake a notice-and-comment

2

action to reconsider the determination at issue in this litigation and is currently working on the new action.

6.    For these reasons, the Court should continue to hold this matter in abeyance with status reports due on sixty-day intervals.  EPA will file another status report in sixty days.

Respectfully submitted,

ADAM R.F. GUSTAFSON
  *Principal Deputy Assistant Attorney General*

*/s/ Kimere J. Kimball*
KIMERE J. KIMBALL
  U.S. Department of Justice
  Env't & Natural Resources Div.
  P.O. Box 7611
  Washington, DC 20044
Date:  April 14, 2026          (202) 598-7680
  Kimere.Kimball@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on April 14, 2026, I electronically filed this document with the

Court's CM/ECF system, which will serve each party's counsel of record.

_/s/ Kimere J. Kimball_____
KIMERE J. KIMBALL